No. 478. AMALGAMATED FOOD EMPLOYEES UNION LOCAL 590 ET AL. *v.* LOGAN VALLEY PLAZA, INC., ET AL. Sup. Ct. Pa. (Certiorari granted, *ante,* p. 911.) Motions of American Federation of Labor & Congress of Industrial Organizations, and American Civil Liberties Union for leave to file briefs, as *amici curiae,* granted. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* on the motion for American Federation of Labor & Congress of Industrial Organizations. *Marvin M. Karpatkin* and *Melvin L. Wulf* on the motion for American Civil Liberties Union. *Robert Lewis* for respondents in opposition.

No. 660. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1 ET AL. *v.* ALLEN, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted. *Marvin E. Pollock* and *Alan H. Levine* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for Allen, and *Porter R. Chandler* and *Richard E. Nolan* for Rock et al., appellees.

No. 742. MARYLAND ET AL. *v.* WIRTZ, SECRETARY OF LABOR, ET AL. Appeal from D. C. Md. Probable jurisdiction noted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case. *Francis B. Burch,* Attorney General of Maryland, *Thomas A. Garland, Loring E. Hawes* and *Alan M. Wilner,* Assistant Attorneys General; *Crawford C. Martin,* Attorney General of Texas, *George Cowden* and *Hawthorne Phillips,* Assistant Attorneys General, *A. J. Carubbi, Jr.,* and *Cecil Morgan* for appellants. *Solicitor General Griswold* for appellees.